IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
FOOD TEAM INTERNATIONAL, LTD,     )
                                  )    Civil Action
          Plaintiff               )    No. 10-cv-03584
                                  )
     v.                           )
                                  )
UNILINK, LLC,                     )
GARY GREGORY,                     )
MARC BEHAEGEL, and                )
AKBAR BOUTARABI,                  )
                                  )
          Defendants              )
```

**VERDICT**

NOW, this 30th day of September, 2013, after trial without jury before the undersigned on May 18, 21-22, and 24, 2012; and based upon the Findings of Fact, Conclusions of Law, and Discussion contained in the accompanying Adjudication, I find as follows:

On plaintiff's non-PACA-trust claims[1] for failure to pay invoices 1008, 1015, and 4111, I find in favor of plaintiff Food Team International, LTD, and against defendant Unilink, LLC in the amount of $23,281.75.

On plaintiff's claim for wrongful repudiation concerning yet-to-be-shipped broccoli and cauliflower, I find in

---

[1] See Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §§ 499a-499t.

favor of plaintiff Food Team International, LTD and against defendant Unilink, LLC in the amount of $23,794.73.

On plaintiff's non-PACA-trust claims for failure to pay, I find in favor of defendants Gary Gregory, Marc Behaegel, and Akbar Boutarabi and against plaintiff Food Team International, LTD.

On the Second Counterclaim asserted by defendant Unilink, LLC for breach of contract in supplying defective produce, I find in favor of plaintiff Food Team International, LTD and against defendant Unilink, LLC.

BY THE COURT:

_/s/ JAMES KNOLL GARDNER___
James Knoll Gardner
United States District Judge